# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State 48 Recycling Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Ray Janes, et al.,<br><br>　　　　　Defendants. | No. CV-22-00767-PHX-GMS<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Seal Exhibits E & F to Plaintiff's Complaint which Contains Personally Identifying Information (Doc. 10).  The Court cannot piecemeal seal portions of a document.  Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion to Seal Exhibits E & F (Doc. 10).  However, to accomplish this, the entire Doc. 1-3 will need to be sealed by the Clerk's office.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to seal Doc. 1-3.

**IT IS FURTHER ORDERED** Defendants, who removed the case from the Maricopa County Superior Court, shall file a redacted copy of Doc. 1-3, pages 1 through 110, on or before **May 18, 2022**.

Dated this 13th day of May, 2022.

_____
G. Murray Snow
Chief United States District Judge