# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State 48 Recycling Incorporated, | No. CV-22-00767-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Ray Janes, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Report (Doc. 23) wherein Plaintiff requests Defendants be required to respond to Plaintiff's Interrogatories and Request for Production of Documents on an expedited basis and that Defendant Michael Janes be made available for the taking of his deposition on an expedited basis as well.  Good cause shown,

**IT IS HEREBY ORDERED** granting Plaintiff's request as set forth in the Parties' Joint Report (Doc. 23).

**IT IS FURTHER ORDERED** that Defendants shall respond to Plaintiff's Interrogatories and Request for Production of Documents on or before **June 13, 2022**.

**IT IS FURTHER ORDERED** that Defendant Michael Janes be made available for deposition the week of **June 13, 2022** or **June 20 or 21, 2022**, or on such other date as the parties may mutually agree.

Dated this 6th day of June, 2022.

_____
G. Murray Snow
Chief United States District Judge