**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State 48 Recycling Incorporated, | No. CV-22-00767-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Ray Janes, et al., | |
| Defendants. | |

Before the Court is State 48 Recycling Inc.'s ("Plaintiff") Expedited Motion to Extend Injunction Due to Defendants' Discovery Violations (Doc. 28). The Court ordered full briefing, (Docs. 29, 32, 33), and a status conference was held on July 6, 2022 (Doc. 34). The parties have stipulated that the Court should grant Plaintiff's Motion and enter a preliminary injunction in this matter concerning paragraphs one and three of the previously entered temporary restraining order ("TRO") (Doc. 22), including that Defendants shall be enjoined from using either the State 48 or IRSI mark to solicit customers. The parties disagreed as to whether a bond should be required. As explained by Defendants, however, and consistent with the TRO (Doc. 22 at 19), Defendants will suffer no harm from the entry of a preliminary injunction. Because there is no risk of harm, the Court declines to require a bond. *See Johnson v. Couturier*, 572 F.3d 1067, 1086 (9th Cir. 2009); *Jorgensen v. Cassiday*, 320 F.3d 906, 919 (9th Cir. 2003). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Expedited Motion to Extend Injunction Due to Defendants' Discovery Violations (Doc. 28) is **GRANTED IN PART**

and **DENIED IN PART**.  The Court will issue a preliminary injunction as to only paragraphs one and three of the temporary restraining order (Doc. 22).

       **IT IS FURTHER ORDERED** that a preliminary injunction is entered against Defendants as follows:

1.  Defendants Janes and Alva and their agents are enjoined from holding themselves out as employees of Plaintiff.
2. Defendants Janes and Alva and their agents are enjoined from using Plaintiff's uniforms bearing the State 48 or IRSI mark to solicit business from Plaintiff's customers.

       **IT IS FURTHER ORDERED** that the Court exercises its discretion and waives the requirement of a security bond accompanying this preliminary injunction.

       Dated this 6th day of July, 2022.

G. Murray Snow
Chief United States District Judge